B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In re  Bryan S. Kennedy
          Debtor

Case No. 17-02921-NPO

*(Complete if issued in an adversary proceeding)*

Chapter 13

_____
Plaintiff
v.

Adv. Proc. No. _____

_____
Defendant

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: **BankPlus**

*(Name of person to whom the subpoena is directed)*

[X] *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all notes, guarantee's, or security agreements with Bryan S. Kennedy and all financial statements provided by Bryan S. Kennedy, Central Mississippi Veterinary Clinic, P.C., Central Mississippi Property Management, LLC., Magee Veterinary Clinic, P.C., Madison Veterinary Clinic, P.C., Veterinary Prophets, LLC, Kennedy Springs Property Management, LLC and Drycreek Cattle.

| PLACE  J. Walter Newman IV, 587 Highland Colony Parkway Ridgeland, MS  39157, (601) 948-0586 | DATE AND TIME  November 4, 2017 |
|---|---|

[ ] *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: October 20, 2017

CLERK OF COURT

OR

_____            _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* Peoples Bank                , who issues or requests this subpoena, are:

J. Walter Newman IV, 587 Highland Colony Parkway, Ridgeland, MS  39157, (601)948-0586, wnewman95@msn.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____

on *(date)* _____ .

[X] I served the subpoena by delivering a copy to the named person as follows: Tom Hudson, Attorney for BankPlus
1068 Highland Colony PK, Ridgeland, MS 39157
on *(date)* October 20, 2017 ; or

[ ] I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: October 20, 2017

Stacy P. Lovorn
*Server's signature*

Stacy P. Lovorn
*Printed name and title*

587 Highland Colony Parkway, Ridgeland, MS  39157
*Server's address*

Additional information concerning attempted service, etc.: