_____



**SO ORDERED,**

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: October 31, 2017**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

    **BRYAN S. KENNEDY,**                                **CASE NO. 17-02921-NPO**

    **DEBTOR.**                                            **CHAPTER 13**

## ORDER RESETTING HEARING

This matter came on this date on the Objection to Debtor's Chapter 13 Plan filed by Peoples Bank (the "Objection") (Dkt. #35).  The Court, having considered the facts herein, finds that the hearing (the "Hearing") on November 6, 2017, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Objection hereby is continued and reset for December 4, 2017, at 10:00 a.m., in the United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##