_____

SO ORDERED,

*[signature]*

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: November 27, 2017

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: BRYAN SCOTT KENNEDY**  **CHAPTER 13 BANKRUPTCY**
**CASE NO. 17-02921-NPO**

### ORDER ON OBJECTION TO SECURED CLAIM

THIS CAUSE having come on Debtor's Objection to Secured Claims and Other Relief (Dkt No. 33), and there having been no response timely filed to the said objection and no appearance entered by the affected creditor(s), and

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Objection to Secured Claims shall be, and hereby is, sustained. This Order shall control treatment of claims of the following creditors and any previously proposed plans shall hereby be amended to reflect the treatment as follows:

CREDITOR: **PRIORITY ONE BANK**

TREATMENT: Pay the alleged amount owed of $3,379.27 plus 5% interest over the life of the Chapter 13 Plan; or, in the event a timely filed and/or allowed Proof of claim is filed by or on behalf of this creditor evidencing a purchase-money security interest and that the personal property loan was acquired **less than one (1) year before** the petition filing, pay the amount owed as set forth in such claim plus 5% interest over the life of the Chapter 13 plan; or, in the event a timely filed and/or allowed Proof of Claim is filed by or on behalf of this creditor

evidencing a purchase-money security interest and that the personal property loan was acquired **more than one (1) year** before the petition filing, then pay the value of $6,000.00 plus 5% interest over the life of the plan unless the amount as set forth in such claim is less than the value of $6,000.00; or, in the event a timely filed and/or allowed Proof of Claim is filed by or on behalf of this creditor evidencing an unsecured interest, that said creditor be paid the same percentage distribution as all other unsecured creditors through the Chapter 13 Plan.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, upon payment of the claims in accordance with Section 1325(a)(5) of the Bankruptcy Code, and unless otherwise ordered by the Court, the foregoing creditors shall release all their respective liens and otherwise comply with applicable non-bankruptcy law.

##END OF ORDER##

Submitted by:

Elizabeth Johnson Spell, MSB #102317, Debtor's Attorney
Robert E. Moorehead, Attorneys at Law, PLLC
220 West Jackson Street
Ridgeland, MS   39157
(601) 956-4557
l.elizabeth.johnson@gmail.com